IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

```
MICHAEL L. E. KING, et al.      )   CIVIL NO. 04-1029-HU
                                )
            Plaintiffs,         )   ORDER ADOPTING MAGISTRATE
                                )   JUDGE'S FINDINGS AND
    v.                          )   RECOMMENDATION
                                )
DEUTSCHE BANK AG, et al.,       )
                                )
            Defendants.         )
_____)
```

**MOSMAN, J.,**

On March 8, 2005, Magistrate Judge Hubel issued detailed Findings and Recommendation (docket #107) in the above-captioned case. In sum, Judge Hubel found: (1) that the Deutsche Bank defendants' motion to compel arbitration and stay (#37) be DENIED; (2) that the BDO defendants' motion to compel arbitration and stay (#43) be GRANTED, but only with respect to the claims brought by the Allen plaintiffs against BDO; (3) that the BDO defendants' motion to strike and to seal the record (#63) be DENIED; and (4) that the Lincoln defendants' motion to dismiss (#53) be GRANTED IN PART and DENIED IN PART.

Every party found something to dispute in the Findings and Recommendation and, consequently, objections and responses were filed by all.

After de novo review pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b), the court ADOPTS the Findings and Recommendation as the order of this court.

IT IS SO ORDERED.

DATED: Portland, Oregon, May 9, 2005.

/s/ Michael W. Mosman
MICHAEL W. MOSMAN
United States District Judge